UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NOCO COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HULKMAN LLC and SHENZHEN KONGHUI TRADING CO., LTD., d/b/a HULKMAN DIRECT,<br><br>Defendants. | No. C 23-00642 WHA<br><br>**ORDER GRANTING MOTION TO STAY PENDING ITC INVESTIGATIONS** |

In this patent infringement action, defendants move unopposed to stay proceedings pending the completion of investigations by the International Trade Commission ("ITC") of the patents-in-suit. For the following reasons, the motion is **GRANTED**.

On January 12, 2023, plaintiff filed a complaint in the Northern District of California, alleging infringement of five patents: U.S. Patent Nos. 9,770,992; 10,328,808; 10,981,452; 11,254,213; and 11,447,023. Subsequently, on February 13, 2023, plaintiff filed two additional complaints with the ITC, alleging infringement of the same patents. Two months later, on April 12, 2023, the ITC ordered that it would begin investigations of the alleged infringement of the patents-in-suit. *In the Matter of Certain Portable Battery Jump Starters and Components Thereof (II)*, Inv. No. 337-TA-1359; *In the Matter of Certain Portable Battery Jump Starters and Components Thereof (III)*, Inv. No. 337-TA-1360. Defendants then

filed their motion to stay proceedings pending the resolution of the investigations. Defendants conferred with plaintiff prior to filing, and plaintiff does not oppose their motion. This order finds the motion suitable for disposition on the papers under Civil Local Rule 7-1(b). The hearing is hereby **VACATED**.

"[A]t the request of a party to the civil action that is also a respondent in the proceeding before the [ITC], the district court shall stay, until the determination of the [ITC] becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the [ITC] . . . ." 28 U.S.C. § 1659(a). In assessing if a stay is required, the district court considers whether the moving party is a respondent before the ITC, whether the civil action and the ITC investigation involve the same issues, and whether the request is made within 30 days after the party is named as a respondent in the proceedings before the ITC or after the district court action is filed. *Ibid.*

Here, all of the requirements for a stay are met. *First*, defendants are participants in both this litigation and the ITC investigations (Exh. 1 at 23686; Exh. 2 at 23688). *Second*, this action and the ITC proceedings involve allegations of infringement of the same five patents (*compare* Exh. 1 at 23686, *with* FAC ¶¶ 124, 130, 136, 142, 149). *Third*, the motion was filed on April 21, 2023, nine days after notice of the ITC investigations was published in the Federal Register (*see* Dkt. No. 36; Exhs. 1–2).

In light of the foregoing, the motion to stay is **GRANTED**. No later than ten days after the resolution of the ITC investigations, the parties shall file a joint statement detailing their position on how this action should proceed. A further in-person status conference is hereby set for **THURSDAY, FEBRUARY 29, 2024, at 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: June 14, 2023

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE