1  James McDonell (State Bar No. 115084)
   jmcdonell@JonesDay.com
2  JONES DAY
   555 California Street
3  26th Floor
   San Francisco, CA 94104
4  Telephone:    (415) 626.5820
   Facsimile:    (415) 875.5700
5
   Meredith M. Wilkes (Admitted *pro hac vice*)
6  mwilkes@JonesDay.com
   David B. Cochran (Admitted *pro hac vice*)
7  dcochran@jonesday.com
   John C. Evans (Admitted *pro hac vice*)
8  jcevans@JonesDay.com
   JONES DAY
9  North Point
   901 Lakeside Avenue
10 Cleveland, OH  44114.1190
   Telephone:    (216) 586.7231
11 Facsimile:    (216) 579.0212

12 Anna E. Raimer (State Bar No. 234794)
   aeraimer@JonesDay.com
13 JONES DAY
   717 Texas Avenue, Suite 3300
14 Houston, TX 77002
   Telephone:    (832) 239.3786
15 Facsimile:    (832) 239.3600

16 Attorneys for Plaintiff
   THE NOCO COMPANY
17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE NOCO COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>HULKMAN LLC AND SHENZHEN KONGHUI TRADING CO., LTD., D/B/A HULKMAN DIRECT,<br><br>            Defendants. | Case No. 3:23-cv-00642<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO PARTIALLY DISMISS COMPLAINT (ECF NO. 58)**<br><br>Date: February 13, 2025<br>Time: 8:00 a.m.<br>Courtroom: 12 – 19th Floor<br>Judge: Hon. William H. Alsup |

1  Having read and considered Defendants' Motion to Partially Dismiss Complaint,
2  Plaintiff's opposition to the motion, and any reply and oral argument the Court has entertained,
3  the Court hereby **DENIES** the motion. Under Federal Rule of Civil Procedure 12(a)(4)(a),
4  Defendants' deadline to file a responsive pleading to Plaintiff's Second Amended Complaint is 14
5  days from entry of this Order.

7  **IT IS SO ORDERED.**

11  Dated: _____, 2025

     HON. WILLIAM H. ALSUP
     UNITED STATES DISTRICT JUDGE

- 1 -

PROPOSED ORDER DENYING DEFENDANTS'
MOTION TO PARTIALLY DISMISS COMPLAINT
CASE NO. 3-23-CV-00642-WHA